No. 10-14605 EE

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

LARRY RUMBOUGH

Appellant,

v.

EQUIFAX INFORMATION SERVICES, LLC, *et al.*

Appellees.



**APPELLANT'S MOTION FOR EXTENSION OF
TIME TO FILE APPELLANT'S REPLY BRIEF**

Appellant, Larry Rumbough, hereby moves the Court for Extension of Time to File Appellant's Reply Brief pursuant to Federal Rule of Appellate Procedure 26(b), and states:

1. Appellant asserts that many of the defendants have filed answer briefs (or notices of joinder) that contain demonstrably false information, defamatory language, and clearly inapplicable case law. Appellant will be seriously prejudiced if these pleadings are allowed to stand.

2. Appellant is in the process of conferring with the attorneys for these defendants in an attempt to persuade them to withdraw such inappropriate pleadings. If that effort fails, Appellant will file motions to strike in order to have the Court rule as to their appropriateness.

3. Appellant anticipates that it will take no more than 21 days to complete this process and file any necessary motion to strike. Appellant requests that he be allowed to file his reply brief after the Court has ruled on any motion to strike.

4. Appellant has not been served with answer briefs from Appellees ChexSystems Collection Agency, Inc.; Mann Bracken, LLC; Regions Bank; B-Line, LLC; B-Real, LLC; Avalon Financial Services, LLC; and First Premier Bank. Appellant does not know if these Appellees have actually filed briefs. If they have filed briefs and Appellant is unaware of them, he would be unable to consider their arguments in formulating his reply brief. If an Appellee has not filed a brief, Appellant does not know what the repercussions would be for that Appellee. Appellant seeks guidance of the Court as to any such Appellees.

5. Appellant believes that, based on these facts, it would be premature for him to file his reply brief at this time and seeks a reasonable extension to resolve these issues. Appellant will do his utmost to expedite the process.

6. This motion is made in good faith and not for the purpose of unnecessary delay. Its granting would not prejudice any party.

WHEREFORE, Appellant requests that the Court extend the time to file Appellant's reply brief pursuant to Federal Rule of Appellate Procedure 26(b).

Dated: October 12, 2011

Respectfully submitted,

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## **CERTIFICATE OF CONFERENCE**

Pursuant to 11th Cir. R. 26-1, Plaintiff has attempted to confer with Appellees' attorneys to determine if they object to this motion. Bank of America does not object to the motion. As of the time of filing, no other Appellee has responded.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 12th day of October, 2011 by electronic mail to:

Michael D. Douglas
King & Spalding LLP
mdouglas@kslaw.com

Barry Goheen
King & Spalding LLP
bgoheen@kslaw.com

Andrea Nicolle Zdaniewski
Thompson, Goodis, Thompson, Groseclose & Richardson, PA
anz@thompsongoodis.com

Thomas W. Tierney
Rossway, Moore & Taylor
ttierney@verobeachlawyers.com

Tracy A. Marshall
Gray Robinson
tmarshall@gray-robinson.com

Daniel E. Traver
GrayRobinson, PA
dtraver@gray-robinson.com

Richard B. Weinman
Winderweedle, Haines, Ward & Woodman, P.A.
rweinman@whww.com

John Richard Hamilton
Foley & Lardner, LLP
jhamilton@foley.com

Karen Jean Cullen
Broussard & Cullen, P.A.
karenc@bcdorlando.com

Joseph E. Foster
Akerman Senterfitt LLP
ed.foster@akerman.com

Richard R. Garland
Dickinson & Gibbons, P.A.
rgarland@dglawyers.com

Dale T. Golden
Golden & Scaz, PLLC
dale.golden@goldenscaz.com

Jason D. Joffe
Squire, Sanders & Dempsey, LLP
jjoffe@ssd.com

Robert M. Quinn
Carlton Fields, P. A.
rquinn@carltonfields.com

Ronald I. Raether, Jr.
Faruki Ireland & Cox, P.L.L.
rraether@ficlaw.com

Shayne A. Thomas
Roetzel & Andress, LPA
sthomas@ralaw.com

Dayle M. Van Hoose
Sessions, Fishman, Nathan & Israel, LLP
dvanhoose@sessions-law.biz

Christi R. Adams
Foley & Lardner
cdams@foley.com

Elizabeth Fite Blanco
Sessions, Fishman, Nathan & Israel, LLP
eblanco@sessions-law.biz

Charles W. Denny, IV
Dickinson & Gibbons, P.A.
cdenny@dglawyers.com

Fentrice DeNell Driskell
Carlton Fields, P. A.
fdriskell@carltonfields.com

Stanley B. Erskine
Law Office of Erskine & Fleisher
stanley_erskine@eflaw.net

Kenneth Cleburne Grace
Sessions, Fishman & Nathan, LLP
kgrace@sessions-law.biz

W. Glenn Jensen
Roetzel & Andress
gjensen@ralaw.com

Gary Jay Lublin
Rush Marshall Jones and Kelly, P.A.
glublin@rushmarshall.com

Samantha Rae Powers
Foley & Lardner, LLP
spowers@foley.com

Traci H. Rollins
Squire Sanders & Dempsey LLP
traci.rollins@ssd.com

Guy Millo Shir
Kahan & Associates, P.L.
gshir@kahanshir.com


*Larry Rumbough* (signature)

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859