# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 29, 2011

Larry Rumbough
840 LILAC TRACE LN
ORLANDO, FL 32828

Appeal Number: 10-14605-EE
Case Style: Larry Rumbough v. Equifax Information Svcs., et al
District Court Docket No: 6:10-cv-00117-MSS-DAB

The brief filed by you in the referenced appeal is deficient because you have not included the required item(s) noted below:

A proportionally spaced face must be 14-points or larger (i.e. Times New Roman).

A monospaced face may not contain more than 10 ½ characters per inch (i.e. Courier).

One copy of your brief will be filed, subject to receipt of seven (7) modified copies within **FOURTEEN (14) DAYS** from this date. If appellant fails to file timely the required item(s), the appeal will be dismissed. See 11th Cir. R. 42-1(b), 42-3.  DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE of the brief.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Mary Marshall
Phone #: (404) 335-6223

BR-7 Brief deficy ltr req modf item